UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN ELDRIDGE JACOBS,

Plaintiff,

v.

DETROIT POLICE STATION, et al.,

Defendants.

Case No. 25-cv-12472

Honorable Robert J. White

**ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES AS MOOT**

Nathan Jacobs commenced what appears to be a 42 U.S.C. § 1983 action against several City of Detroit police officers and unnamed federal agents. The allegations seem to pertain to his previous federal conviction on unspecified criminal charges.[1]

Before the Court is Jacobs's *pro se* motion to consolidate this case with a previously filed action now pending before another district judge.[2] (ECF No. 7; *see*

[1] A federal jury convicted Jacobs of felon in possession of a firearm in September 2002. (Case No. 01-cr-80771, ECF No. 53-54). United States District Judge Robert E. Cleland sentence him to 252 months incarceration. (*Id.*, ECF No. 69, PageID.97).

[2] The motion on the docket is incorrectly denominated as a motion for reconsideration.

*also* Case No. 25-cv-12471). Because the Court already issued a judgment in this matter in defendants' favor, and the case is now closed, there is no existing controversy left to adjudicate. The motion to consolidate is, therefore, moot. Accordingly,

IT IS ORDERED that Jacobs's *pro se* motion to consolidate (ECF No. 7) is denied as moot.

Dated: September 15, 2025

s/ Robert J. White
Robert J. White
United States District Judge